**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Reggie ISMEL, a/k/a New York Junior,
Defendant—Appellant.**

No. 12–6324.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Reginald Marlin Ismel, Appellant Pro Se. Stephen Urban Baer, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Ismel appeals the district court's order construing his pro se letter as a motion for reduction in sentence under 18 U.S.C. § 3582(c)(2) (2006) and denying relief on the same. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ismel,* No. 3:94–cr–00008–NKM–1, 2012 WL 113392 (W.D.Va. Jan. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*